# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ME2 PRODUCTIONS, INC., | Case No. 2:16-cv-02520-JCM-NJK |
| Plaintiff(s), | |
| v. | **ORDER** |
| BRIAN DAVIS, et al., | |
| Defendant(s). | |

Concurrently herewith, the Court is issuing an order quashing all outstanding subpoenas and recommending that all defendants be severed and dismissed without prejudice except Brian Davis. Accordingly, the pending motion to quash subpoena (Docket No. 25) is hereby **DENIED** as moot.

IT IS SO ORDERED

Dated: June 13, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge