# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

ME2 PRODUCTIONS, INC.,

      Plaintiff,

vs.

BRIAN DAVIS,

      Defendant.

Case No.: 2:16-cv-02520-JCM (NJK)

**DEFAULT JUDGMENT**

This matter comes before the Court upon motion made by ME2 PRODUCTIONS, INC. ("Plaintiff") for default judgment against defendant BRIAN DAVIS for failure to answer or otherwise defend against the Plaintiff's First Amended Complaint. This Court, having considered the motion, Plaintiff's memorandum of law in support of its motion, and the supporting Declaration of Attorney Charles C. Rainey, Esq., with accompanying exhibits, together with the pleadings, records, and papers filed herein, concludes that the motion should be GRANTED in part and DENIED in part and enters the following JUDGMENT:

The Clerk of the Court, noting the failure of Defendant BRIAN DAVIS to Answer or otherwise respond to the Plaintiff's Complaint or First Amended Complaint, as on file herein, has issued and entered into the record Default against the foregoing Defendant [ECF No. 34].

Defendant BRIAN DAVIS willfully infringed Plaintiff's rights in violation of 17 U.S.C. §§ 101 *et seq*.

The conduct of Defendant BRIAN DAVIS was willful, intentional, and in disregard of and indifferent to Plaintiff's rights, and such conduct caused harm to Plaintiff and deprived Plaintiff of income.

Upon this record, the Court adjudges and decrees as follows:

1. The Court hereby **AWARDS** statutory damages to the Plaintiff against Defendant BRIAN DAVIS, in the amount of $1,500.00 pursuant to 17 U.S.C. § 504.

2. The Court further **AWARDS** to the Plaintiff against Defendant BRIAN DAVIS, fees and costs, including reasonable attorneys' fees, in the amount of $4,717.50 pursuant to 17 U.S.C. § 505.

**IT IS SO ORDERED AND ADJUDGED.**

Signed on this  26th  day of            April           , 2018, at Las Vegas, Nevada

By: _____
UNITED STATES DISTRICT JUDGE

1 CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
2 *crainey@hamricklaw.com*
HAMRICK & EVANS, LLP
3 7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
4 Telephone No.: (702) 425-5100
Fax No.: (818) 763-2308
5

6 *Attorneys for Plaintiff*
ME2 PRODUCTIONS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ME2 PRODUCTIONS, INC., | Case No.: 2:16-cv-02520-JCM (NJK) |
| Plaintiff, | |
| vs. | |
| BRIAN DAVIS, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I, the undersigned employee of **HAMRICK & EVANS**, hereby certify that I served the foregoing **[PROPOSED] DEFAULT JUDGMENT** upon BRIAN DAVIS, Defendant in the above-referenced case, by mailing a copy of the foregoing document to the following address via first class mail postage prepaid:

BRIAN DAVIS
516 FREDERICK AVE
LAS VEGAS, NV 89106-2627

Dated April 23, 2018.

                                                                                   /s/ Heather Martindale
                                                                        An Employee of Hamrick & Evans, LLP